AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ZACHARY BLAKE SMITH,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:25-cv-37
(4:22-cr-117)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's May 2, 2025 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2255 motion, as amended, is dismissed. Additionally, Petitioner is denied a Certificate of Appealability and denied in forma pauperis status on appeal. This case stands closed.

5/2/2025
*Date*



John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020